UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
2016 FEB 26  AM 10: 50

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>vs.<br><br>MIRIAM RIOS (1),<br>KATHERINE TAPIA (2),<br><br>                  Defendant. | CASE NO. 15CR3185-BEN<br><br>**JUDGMENT OF DISMISSAL** |

      IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__  an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____  the Court has dismissed the case for unnecessary delay; or

____  the Court has granted the motion of the Government for dismissal, without prejudice; or

____  the Court has granted the motion of the defendant for a judgment of acquittal; or

____  a jury has been waived, and the Court has found the defendant not guilty; or

____  the jury has returned its verdict, finding the defendant not guilty;

__X__  of the offense(s) as charged in the Information:

TITLE 21 U.S.C. §952,960; TITLE 18 U.S.C. §2.

      IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: FEBRUARY 16, 2016

Hon. Roger T. Benitez
U.S. District Judge